947 F.2d 954
 NOTICE: Although citation of unpublished opinions remains unfavored, unpublished opinions may now be cited if the opinion has persuasive value on a material issue, and a copy is attached to the citing document or, if cited in oral argument, copies are furnished to the Court and all parties. See General Order of November 29, 1993, suspending 10th Cir. Rule 36.3 until December 31, 1995, or further order.
 Jack PIERSON, Plaintiff-Appellant,
and
Pierson Family; Axel Pierson; Nissa Pierson; Glofand
Gusfav, Plaintiffs,
v.
Linda POWERS, Charles Powers; Kansas Judicial Court;
United States Government, Office of the President; George
Bush; Ronald Reagan, President; Dan Quayle, Vice
President; Speaker of the House of Representatives; House
of Representatives; Thomas, Representative; President of
Senate; United States Senate; State of Kansas, Governor's
Office; Joan (NMI) Finney, Governor; Michael Hayden,
Governor; State of California; Pete Wilson, Governor;
Governor Duekmagian; State of Minnesota; Arnie Carlson,
Governor; Rudy Perpich; Robert M. Small, Assistant United
States Attorney; Robert D. Rowe, Office of the Vice
President; L.W. Bennett; Michael Antonovich, Supervisor;
LA County Claims Director; Pacific Bell Security
Department; LA County District Attorney, Antelope Valley
Office; American National Bank; Antelope Valley Press;
Carol Wolf; Sears Savings Bank; Lori Trojan; Superior
Court of California, LA County; CRT Eval's Office; Barry
T. Orlyn, Attorney; St. Josephs Home for Children; Douglas
Goke; Cheryle A. Mead; Thomas J. Beaudet, Attorney; Orr
of Beaudet & Orr; Ira Reiner, LA County District Attorney;
Robert Budman, LA County Deputy District Attorney; US
Embassy Nicaragua; Ambassador, US Embassy Nicaragua;
Consolate Generals, US Embassy Nicaragua; US Embassy Costa
Rica; Ambassadors, US Embassy Costa Rica; Consolate
General, US Embassy Costa Rica; Information & Privacy
Staff; Kathryn Natt Skipper, Attorney Advisor; Ann Suggs,
Acting Chief of US Department of State; Secretary of State;
James Baker, Secretary of State; George Schultz, Secretary
of State; Federal Bureau of Investigation, Washington,
D.C.; Federal Bureau of Investigation, Los Angeles;
Federal Bureau of Investigation, Minneapolis, MN; Tony
Diangelo, FBI; Michael J. Heffron, FBI; Ron Bates, FBI;
Director of FBI; Luis Moreno; Alexander F. Watson,
Ambassador, US Embassy Peru; Los Angeles County Recorder
Director; California Department of Motor Vehicles,
Director; Anne McIntyre, California Department of Motor
Vehicles; Ken Reed, Manager of Policy Development United of
California Department of Motor Vehicles; Sue Nelson,
Manager II of California Department of Motor Vehicles;
Robert Dodd, Public Defender; Hennepin County Jail,
Minneapolis, MN; Thomas L. Johnson, County Attorney; Karla
F. Hancock; Hennepin County Attorney's Office; LA County
Jail Director; Municipal Court of LA, Division 30;
Municipal Court of LA, Division 47; LA County Sheriff,
Antelope Valley; Hennepin County District Attorney; Nancy
McLean; Hennepin County Public Defender's Office; William
R. Kennedy, Chief Public Defender; Ellen R. Anderson;
Pacific Bell Legal Listing Unit; Hennepin County Sheriff's
Department; Patrick M. Mullen; California Contractors
Board; United States Attorney, Department of Justice; ACLU
of Southern California; Richard Hagar; Mr. Rosenbaum;
Warren J. Ferguson; Daniel Davis; Supreme Court
California, Court Conciliator, LA County; Los Angeles
County Sheriff; Superior V Judge, District Court of
Minnesota, Hennepin County; V. Reichman, Commissioner; LA
County Counsel Office; Dewitt W. Clinton, County Counsel;
Gordon W. Trask, County Counsel; Sherman Black; R.B.
Jamison, SGT # 045171; Steven Z. Lange, Judge; Judge
Department 100; Center for Practical Psychology M.D.
Greenberger; Los Angeles County Probation Department;
Barry J. Nidorf, Probation Officer; Richard Dunn, Deputy;
Southwestern Bell Telephone Company; Theodus Lockhard; US
WEST aka CT Corporation Systems; General Telephone; Deb
Swanson, Contel of Minnesota; Southwestern Bell Legal
Department; Mound, MN; Mayor Smith; Chief Harrell, Mound
Police Department; John McKinley, Officer of Mound Police
Department; J.D. Spielman, Southwest Metro Drug Task Force,
Mound Police Department, Defendants-Appellees.
 No. 91-3134.
 United States Court of Appeals, Tenth Circuit.
 Oct. 25, 1991.
 
 Before LOGAN, JOHN P. MOORE and BALDOCK, Circuit Judges.
 ORDER AND JUDGMENT*
 LOGAN, Circuit Judge.
 
 
 1
 After examining the briefs and appellate record, this panel has determined unanimously that oral argument would not materially assist the determination of this appeal. See Fed.R.App.P. 34(a); 10th Cir.R. 34.1.9. The case is therefore ordered submitted without oral argument.
 
 
 2
 Jack Pierson, purporting to act on behalf of himself and his family, including his children, has sued approximately 200 defendants including the United States government, the states of Kansas, California, Minnesota, and their officers, alleging conspiracy to deprive him of due process, compulsory process, assistance of jurisdiction, and various other freedoms.
 
 
 3
 We believe that the district court Memorandum and Order entered April 1, 1991, summarizes as well as we can understand the voluminous pleadings, and that it properly analyzes the legal issues. We AFFIRM the district court's dismissal of the case for lack of subject matter jurisdiction for substantially the reasons stated in that order.
 
 
 4
 The mandate shall issue forthwith.
 
 
 
 *
 This order and judgment has no precedential value and shall not be cited, or used by any court within the Tenth Circuit, except for purposes of establishing the doctrines of the law of the case, res judicata, or collateral estoppel. 10th Cir.R. 36.3